People v Thompson (2025 NY Slip Op 00029)

People v Thompson

2025 NY Slip Op 00029

Decided on January 02, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 02, 2025

Before: Kern, J.P., Kennedy, Gesmer, Higgitt, Michael, JJ. 

SCI No. 3886/16 Appeal No. 3367 Case No. 2019-04898 

[*1]The People of the State of New York, Respondent,
v
Mitchell Thompson, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Svetlana M. Kornfeind of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Nathan Morgante of counsel), for respondent.

Judgment, Supreme Court, New York County (Larry Stephen, J., at plea; Laurie Peterson, J., at sentencing), rendered July 22, 2019, convicting defendant, upon his plea of guilty, of criminal possession of stolen property in the fourth degree, and sentencing him to a jail term of nine months, unanimously affirmed.
Defendant's waiver of indictment was valid. Although the plea minutes are silent as to when defendant executed the written waiver, the record as a whole demonstrates that defendant signed it "in open court in the presence of his attorney" (CPL 195.20; see People v Mora, 227 AD3d 553 [1st Dept 2024], lv denied 42 NY3d 929 [2024]; People v Ramos, 189 AD3d 586 [1st Dept 2020], lv denied 36 NY3d 1059 [2021]; People v Moore, 137 AD3d 704 [1st Dept 2016], lv denied 27 NY3d 1136 [2016]). The written waiver is dated the same day as the plea proceeding, and both defendant and defense counsel signed the document confirming that defendant signed it in open court in counsel's presence. The court also signed and approved the waiver, stating that it was "satisfied that the waiver complies with [CPL] 195.10 and 195.20" (see People v Myers, 32 NY3d 18, 21 [2018]; People v Mora, 227 AD3d at 553). Thus, the record is sufficient to establish that defendant's waiver of indictment satisfied CPL 195.20. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 2, 2025